SEALED



McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE: GRAND JURY INVESTIGATION
NOS. 2015B-61, 2016B-15, 2017B-103, and
2015R00926.

CASE NO. 2:18-MC-58 JAM

AFFIDAVIT OF BRANDON W. KUTZ IN SUPPORT OF EX PARTE APPLICATION FOR TOLLING STATUTE OF LIMITATIONS

I, Brandon W. Kutz, Special Agent with the Internal Revenue Service – Criminal Investigations, having been duly sworn, do depose and state:

1. I am Special Agent with the Internal Revenue Service - Criminal Investigation (hereinafter, "IRS-CI"), and have been so employed since 2012. I am currently assigned to the Oakland Field Office. During my employment with the IRS-CI, I have been involved in various criminal investigations involving income tax violations, money laundering violations, and currency violations. I have conducted numerous interviews of witnesses and have participated in the execution of over 20 search and seizure warrants of businesses and residences and vehicles in connection with suspected tax evasion, money laundering, and related financial crimes.

2. My professional and academic training includes six months of training at the Federal Law Enforcement Training Center in Glynco, Georgia. This training consisted of various courses involving federal criminal statutes, conducting criminal investigations, the execution of search warrants, and

financial investigative techniques of criminal violations involving Title 26 U.S.C (Internal Revenue Code), Title 18 U.S.C Sections 1956 and 1957 (Money Laundering Control Act), and Title 31 U.S.C. (Bank Secrecy Act). In addition, I obtained a Bachelor Degree in Business Administration with a concentration in Accounting in 2008, from Sonoma State University. I obtained a license to practice as a Certified Public Accountant from the State of California in 2010.

3. I am the case agent assigned to the investigation of Jack Ray Snyder ("Snyder"). Accordingly, I am familiar with the investigation and the evidence in the above-captioned grand-jury investigation, an investigation of possible criminal tax violations by Snyder. This evidence includes information obtained from grand jury subpoena, IRS tax records, and witness interviews.

4. The facts of this affidavit are based upon my first-hand knowledge, conversations I have had with other law enforcement officers involved in this investigation and my review of the documents and evidence. The following is merely a summary of the evidence obtained during this investigation and does not reflect my entire knowledge of the investigation. In addition, the evidence discussed in this affidavit does not represent all of the evidence collect during the investigation.

### Summary of the Evidence

5. Snyder filed personal Forms 1040 U.S. Individual Income Tax Return for tax years 2011, 2012, and 2013 on or about May 12, 2012, October 12, 2013, and October 08, 2014 respectively. Snyder filed corporate Forms 1120S U.S. Income Tax Return for an S-Corporation for Jack Snyder, Inc. for tax years 2011, 2012, and 2013 on or about September 17, 2012, September 16, 2013, and September 15, 2014 respectively. Jack Snyder, Inc. was incorporated on or about April 25, 2011 per 2011 Form 1120S for Jack Snyder, Inc. All of these returns were prepared by Charles Dietz, CPA and aside from the corporate return for 2011 all the returns list income from private veterinary operations. In 2011 income from these services are reported only on the Schedule C directly on Snyder's Form 1040, U.S. Individual Income Tax Return. For years 2012 and 2013 Snyder reports income on both a Schedule C

directly on his Form 1040, as well as on Jack Snyder, Inc., a sub-chapter S corporation that is solely owned by Snyder whose income flows through to Snyder's individual Form 1040 on schedule E, page 2.

6. The above referenced tax returns report gross receipts from veterinary business operations as follows:

| Year | Form | Gross Receipts Reported (approximately) |
|---|---|---|
| 2011 | 1040 | $299,279 |
| 2011 | 1120S | $0 |
| 2012 | 1040 | $180,177 |
| 2012 | 1120S | $265,418 |
| 2013 | 1040 | $227,063 |
| 2013 | 1120S | $322,482 |

7. Bank account records were obtained as part of the investigation to date into the alleged violations in order to investigate gross income as claimed on the tax returns outlined above. Some records of which reported receiving incoming wire transfers from entities located in the Netherlands. Some of these wire transfers are summarized below:

**Bank of the West - Checking - Account Number 250096435**

| Year | Posted | Transaction Description/Check Memo | Credit | Wire Detail |
|---|---|---|---|---|
| 2011 | 01/12/2011 | INCOMING WIRE REFERENCE 110112000501 WIRE CREDIT | $16,200.00 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| 2011 | 09/22/2011 | INCOMING WIRE REFERENCE 110922000571 WIRE CREDIT | $20,552.04 | Wire Transfer Received - Victory Equestrian Sport Real - Netherlands |

AFFIDAVIT OF BRANDON W. KUTZ                 3

| Year | Date | Description | Amount | Notes |
|---|---|---|---|---|
| 2011 | 09/26/2011 | INCOMING WIRE REFERENCE 110926006273 WIRE CREDIT | $7,171.97 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| 2011 | 10/19/2011 | INCOMING WIRE REFERENCE 111019006310 WIRE CREDIT | $21,734.81 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| 2011 | 11/16/2011 | INCOMING WIRE REFERENCE 111116006977 WIRE CREDIT | $29,295.76 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| 2011 | 12/07/2011 | INCOMING WIRE REFERENCE 111207006050 WIRE CREDIT | $21,843.14 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| 2011 | 12/07/2011 | INCOMING WIRE REFERENCE 111207006043 WIRE CREDIT | $22,039.92 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| **2011 Total** | | | **$138,837.64** | |
| 2012 | 01/04/2012 | INCOMING WIRE REFERENCE 120104006564 WIRE CREDIT | $28,054.40 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| 2012 | 02/16/2012 | INCOMING WIRE REFERENCE 120216006199 WIRE CREDIT | $25,454.88 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| 2012 | 02/24/2012 | INCOMING WIRE REFERENCE 120224007009 WIRE CREDIT | $13,018.00 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| 2012 | 04/23/2012 | INCOMING WIRE REFERENCE 120423005600 WIRE CREDIT | $12,854.41 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| 2012 | 05/11/2012 | INCOMING WIRE REFERENCE 120511006984 WIRE CREDIT | $23,663.12 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| 2012 | 11/07/2012 | INCOMING WIRE REFERENCE 121107000440 WIRE CREDIT SENDING BANK REFERENCE 1211055644003161 0910 | $4,680.00 | Wire Transfer Received - Victory Equestrian Sport BV - Netherlands |
| **2012 Total** | | | **$107,724.81** | |

| Year | Date | Description | Amount | Notes |
|---|---|---|---|---|
| 2013 | 02/14/2013 | INCOMING WIRE REFERENCE 130214000396 WIRE CREDIT SENDING BANK REFERENCE 1302121980000211 097 | $4,073.62 | Wire Transfer Received - Proveto V.O.F. - Hoogland, Netherlands |
| **2013 Total** | | | **$4,073.62** | |
| **Grand Total** | | | **$250,636.07** | |

8. The investigation into these violations continues, and based on the above information, it reasonably appeared that evidence of the above described crimes was located in the Netherlands. On or about November 9, 2016 Netherlands government provided a response to the Mutual Legal Assistance Treaty request the United States Government submitted which contained records that were relevant to this investigation.

_Brandon W. Kutz_
Brandon W. Kutz
Special Agent
Internal Revenue Service – Criminal Investigations

Subscribed and sworn to before me
on April 26, 2018

_John A. Mendez_
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

AFFIDAVIT OF BRANDON W. KUTZ       5