**SEALED**

**FILED**
APR 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GRAND JURY INVESTIGATION NOS. 2015B-61, 2016B-15, 2017B-103, and 2015R00926. | CASE NO. 2:18-MC-58 JAM<br><br>[PROPOSED] FINDINGS AND ORDER TOLLING STATUTE OF LIMITATIONS PURSUANT TO 18 U.S.C. § 3292 |

The Court hereby finds that no indictment has been returned in the above-referenced grand jury investigation, and that the United States has submitted an application to the Court establishing that it sought evidence of the offense in a foreign country. The Court further "finds by a preponderance of the evidence that an official request has been made for such evidence and that it reasonably appears, or reasonably appeared at the time the request was made, that such evidence is, or was, in such foreign country." 18 U.S.C. § 3292(a)(1); *see United States v. Bischel*, 61 F.3d 1429, 1431 (9th Cir. 1995). Therefore, pursuant to 18 U.S.C. § 3292, the statute of limitations for the offenses is tolled for the period beginning on March 3, 2016, when the Foreign Assistance Request was submitted to the Kingdom of the Netherlands, and November 21, 2016, when the Kingdom of the Netherlands took final action on the request, such period subject to the limitations contained in 18 U.S.C. § 3292(c).

IT IS SO ORDERED.

Dated: April 26, 2018

By: _____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE