SEALED   FILED

APR 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

1  McGREGOR W. SCOTT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GRAND JURY INVESTIGATION NOS. 2015B-61, 2016B-15, 2017B-103, and 2015R00926. | CASE NO. 2:18-MC-58 JAM<br><br>*EX PARTE* MOTION AND (~~PROPOSED~~) ORDER TO FILE UNDER SEAL<br><br>COURT: Hon. John A. Mendez |

The United States moves for leave to file *ex parte* and under seal the following materials: (i) *Ex Parte* Application for Tolling Statute of Limitations Pursuant to 18 U.S.C. § 3292; (ii) Memorandum in Support of *Ex Parte* Application for Order Tolling Statute of Limitations Pursuant to 18 U.S.C. § 3292; (iii) Affidavit of Brandon W. Kutz in Support of Application for Order Tolling Statute of Limitations; (iv) Declaration of Roger Yang in Support of Application for Order Tolling Statute of Limitations and Exhibits A and B thereto ("Foreign Assistance Request"); (v) Order Granting Ex Parte Application for Order Tolling Statute of Limitations; (vi) this Motion; and (vii) Order Granting Motion to File Under Seal; *and* (viii) any order issued in response to the United States' Application.

It is necessary to file these documents under seal in order to conform with the requirements of Federal Rule of Criminal Procedure 6(e) and to protect the integrity of an ongoing grand jury investigation of Jack Ray Snyder and Jack Snyder, Inc. for possible offenses including filing a materially false tax return. Applications pursuant to 18 U.S.C. § 3292 are filed *ex parte* and under seal in order to maintain grand jury secrecy, and to avoid disclosing the course, focus, and methods of an ongoing criminal investigation. See *DeGeorge v. United States District Court*, 219 F. 3d 930, 937 (9th Cir. 2000).

The pleadings identified above contain sensitive and secret information regarding the grand jury's investigation into the above-listed crimes. In particular, the Application, Memorandum, and supporting materials contain information from confidential tax information. These references, as well as other information contained in the Application, Memorandum and supporting materials reveal the course and scope of the United States' investigation, which is at the core of Federal Rule of Criminal Procedure 6(e) protection. *See, e.g., United States v. Dynavac, Inc.,* 6 F.3d 1407, 1413 (9th Cir. 1993) (citing *In re Doe,* 537 F. Supp 1038, 1044 (D.RI. 1982) ("[I]t is clear that such things as scope and direction of the grand jury investigation constitute 'matters occurring before the grand jury' and are therefore protected from disclosure by the provisions of rule 6(e).")). In addition, post-indictment, any party affected by a § 3292 order will have the opportunity to challenge the order's effect, via a motion to dismiss. *See, e.g. United States v. Bishcel,* 61 F.3d 1429, 1432 (9th Cir. 1995).

The United States therefore requests that the Court order the following materials to be filed under seal:

(i) *Ex Parte* Application for Tolling Statute of Limitations Pursuant to 18 U.S.C. § 3292;

(ii) Memorandum in Support of *Ex Parte* Application for Order Tolling Statute of Limitations Pursuant to 18 U.S.C. § 3292;

(iii) Affidavit of Brandon W. Kutz in Support of Application for Order Tolling Statute of Limitations;

(iv) Declaration of Roger Yang in Support of Application for Order Tolling Statute of Limitations and Exhibits A and B thereto ("Foreign Assistance Request");

(v) Order Granting Ex Parte Application for Order Tolling Statute of Limitations;

(vi) this Motion;

(vii) Order Granting Motion to File Under Seal; *and*

(viii) any order issued in response to the United States' Application.

//

//

/

1 | A proposed Order granting this Motion to File Under Seal is submitted herewith.

Respectfully submitted,

Dated: April 26, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Roger Yang
ROGER YANG
Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 26, 2018

By: /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE