McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JAN 2 2 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE

GRAND JURY INVESTIGATION NOS.
2015B-61, 2017B-103, 2015R00926

2:18-MC-00058 JAM

[PROPOSED] ORDER TO UNSEAL APPLICATION AND SUPPORTING AFFIDAVITS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 1/22/2020

Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE